Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Fax: (818) 855-5952
kian@smlawca.com
john@smlawca.com

Attorneys for Plaintiff,
SAMUEL JOHNSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SAMUEL JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:17-cv-04600-DDP-PJWx<br><br>**NOTICE OF SETTLEMENT**<br><br>*Honorable Judge Dean D. Pregerson* |

      Plaintiff Samuel Johnson, by and through his attorneys of record, respectfully notifies this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Notice of Voluntary Dismissal with Prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

|  |  |
|---|---|
| | RESPECTFULLY SUBMITTED,<br>**SM LAW GROUP, APC** |
| DATED: June 5, 2018 | BY: */s/ Kian Mottahedeh*<br>Kian Mottahedeh (SBN 247375)<br>John D. Sarai (SBN 259125)<br>Attorneys for Plaintiff,<br>SAMUEL JOHNSON |