1  Eric J. Troutman (SBN 229263)
   *Eric.Troutman@wbd-us.com*
2  **WOMBLE BOND DICKINSON (US) LLP**
   3200 Park Center Drive, Suite 700
3  Costa Mesa, CA 92626
   Telephone: (657) 266-1043
4  Facsimile: (714) 371-2656

5  Attorneys for Defendant
   Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SAMUEL JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: **2:17-cv-04600-PJWx**<br><br>District Judge<br>Hon. Dean D. Pregerson<br>Ctrm. 9C / 9th Floor<br><br>Magistrate Judge<br>Hon. Patrick J. Walsh<br>Ctrm. 790 / 7th Floor<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Action Filed:  June 23, 2017<br>Trial Date:    None Set |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Samuel Johnson ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby stipulate that this action and all claims Plaintiff has asserted against Wells Fargo be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: July 24, 2018              SM LAW GROUP, APC

By */s/ Kian Mottahedeh*
Kian Mottahedeh
John D. Sarai
Attorneys for Plaintiff,
Samuel Johnson

DATED: July 24, 2018              WOMBLE BON D DICKINSON (US) LLP

By */s/ Eric J. Troutman*
Eric J. Troutman
Attorneys for Defendant,
Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

**Samuel Johnson v. Wells Fargo Bank, N.A.**
**USDC Central District Case No.  2:17-cv-04600-PJWx:**

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

I hereby certify that on this 24th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Kian Mottahedeh
> John D. Sarai
> SM LAW GROUP, APC
> 16130 Ventura Blvd., Suite 660
> Encino, CA  91436
> Tel:  (818) 855-5950
> Fax:  (818) 855-5952
> Email:  kian@smlawca.com
> Email:  john@smlawca.com

I hereby certify that I have mailed by United States Postal Service the following document to the following non-CM/ECF participants:  N/A.

Respectfully submitted,

*/s/ Eric J. Troutman*
Eric J. Troutman