# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:17-cv-04600-JAK (PJWx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

On July 24, 2018, the parties jointly submitted a Stipulation to Dismiss Action With Prejudice to the Court.

Accordingly, the Stipulation is **GRANTED**. The instant matter is dismissed with prejudice, with the parties bearing their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 25, 2018  _____
JOHN A. KRONSTADT
U.S. DISTRICT JUDGE